UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-128-2D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| SAMUEL COFIELD | |

On motion of the Defendant, Samuel Cofield, and for good cause shown, it is hereby ORDERED that DE 162 be sealed until further notice by this Court.

SO ORDERED.

This 5 day of January, 2021.

JAMES C. DEVER III
United States District Judge