IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-00128-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| SAMUEL E. COFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the United States, and for good cause shown, it is hereby ORDERED that DE-165 and its attachments be sealed until further notice by this Court.

IT IS SO ORDERED.

This __5__ day of January 2021.

_____
JAMES C. DEVER III
United States District Judge