UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-128-2D

UNITED STATES OF AMERICA

v.

SAMUEL COFIELD

ORDER TO SEAL

On motion of the defendant, Samuel Cofield, and for good cause shown, it is hereby

ORDERED that [DE 174] be sealed until further notice by this Court.

SO ORDERED.

This __29__ day of __September__, 2021.

JAMES C. DEVER III
United States District Judge